UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE COMPLAINT

Misc. No.    1:21MJ119LDA

## MOTION TO SEAL

The Government moves that this Motion to Seal and the attached documents (including the Complaint, Arrest Warrant, Cover Sheet, and Affidavit) be sealed until further Order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

RICHARD B. MYRUS
Acting United States Attorney


/s/Ly T. Chin
LY T. CHIN
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: Ly.Chin@usdoj.gov

SO ORDERED:

_____
LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE
December 1, 2021

Dated: _____

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE COMPLAINT

Misc. No. 1:21MJ119LDA

## MOTION TO SEAL

The Government moves that this Motion to Seal and the attached documents (including the Complaint, Arrest Warrant, Cover Sheet, and Affidavit) be sealed until further Order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

RICHARD B. MYRUS
Acting United States Attorney

/s/ Ly T. Chin
LY T. CHIN
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: Ly.Chin@usdoj.gov

SO ORDERED:

_____
LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE
December 1, 2021

Dated: _____

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Yuan Kang CHEN, YOB: 1982<br><br><hr>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.    1:21MJ119LDA |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Yuan Kang CHEN, YOB: 1982                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment        ❑ Superseding Indictment        ❑ Information        ❑ Superseding Information        ☑ Complaint
❑ Probation Violation Petition        ❑ Supervised Release Violation Petition        ❑ Violation Notice        ❑ Order of the Court

This offense is briefly described as follows:

Manufacturing 100 or more marijuana plants, in violation of 21 U.S.C. §§ 841(a) and (b)(1)(B)(vii).

Date:          December 1, 2021

_____
*Issuing officer's signature*

City and state:      Providence, Rhode Island

Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*

---

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____<br><br>_____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Rhode Island

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Yuan Kang CHEN, YOB: 1982 | ) |
| | ) |
| | ) |
| | ) |

Case No.    1:21MJ119LDA

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 2, 2020_____ in the county of _____ in the _____ District of _____Rhode Island_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a) and (b)(1)(B)(vii) | Manufacturing 100 or more marijuana plants |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Alan Sims of the Drug Enforcement Administration ("DEA").

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Alan Sims - DEA
*Printed name and title*

Sworn to before me and signed  **Telephone**

Date: _____December 1, 2021_____

_____
*Judge's signature*

City and state:    Providence, Rhode Island

Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Alan Sims, do under oath depose and say:

1.      I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.  I am a Special Agent with the Drug Enforcement Administration ("DEA") and have been employed by the DEA since May 2012.  Prior to joining the DEA, I was a Special Agent with Homeland Security Investigations for over one year and prior to that I was a Deputy Sheriff for the Los Angeles County Sheriff's Department in Los Angeles, California.  I have participated in investigations of cocaine/heroin/fentanyl and marijuana and, among other things, have conducted or participated in surveillances, the execution of search warrants, debriefings of informants and reviews of recorded conversations.  Through my training, education, and experience, I have become familiar with the manner in which cocaine, heroin, fentanyl, and marijuana are distributed.  I am currently assigned to conduct investigations in the Providence District Office of the DEA (DEA-PDO).  I have prepared numerous affidavits in support of applications for federal search warrants and pen register authorizations.  My duties include the enforcement of federal criminal laws, including controlled substance violations and money laundering, under Titles 18 and 21 of the United States Code.

2.      As a Special Agent of the DEA, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations and to make arrests for federal felony offenses. I am a participating member of the Providence District Office which is comprised of personnel from the DEA, Providence Police Department, East Providence Police Department, Cranston

Police Department, Central Falls Police Department, Coventry Police Department, Newport Police Department, North Kingstown Police Department, South Kingstown Police Department, Warwick Police Department, West Warwick Police Department, Woonsocket Police Department, Rhode Island State Police, Amtrak Police Department, and the Rhode Island State Attorney General's Office.

3. As a result of these experiences, your affiant has become familiar with the ways drug traffickers communicate with each other and with their customers and suppliers; coded language that is used by drug traffickers to disguise the criminal nature of their activities from law enforcement; retail and wholesale prices for varying quantities of narcotics; and methods of laundering drug trafficking proceeds. Additionally, based on my training and experience and my participation in other narcotics investigations, I have learned the following: that it is common for drug dealers to "front," or provide on consignment, controlled substances to their customers; that it is common for drug dealers to conceal contraband, proceeds of drug sales and records of drug transactions in secure and hidden locations within their residence, a "stash house," vehicles and/or businesses; that it is common for drug traffickers to use firearms to protect both their drug inventory and proceeds of drug trafficking; that drug dealers routinely use cellular telephones to facilitate their drug distribution operations; that drug dealing is an ongoing process that requires the development, use and protection of a communication network to facilitate daily drug distribution.

4. The following information is based upon my personal knowledge as well as information provided to me by other officers and agents and is presented in support of the issuance of a complaint and arrest warrant against Yuan Kang CHEN, DOB: XX/XX/1982, who was present at 202 Massachusetts Avenue, Providence, RI while in possession of a Temporary

2

Receipt of a Rhode Island state commercial driver license listing an address at 138 Garden Street, FL 1, Cranston, RI, which was issued on 02/26/2020. The requested complaint and arrest warrant will charge CHEN with manufacturing 100 or more marihuana plants, in violation of 21 U.S.C. §§ 841(a) and (b)(1)(B)(vii).

5. Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me regarding the instant investigation. More specifically, I have set forth only the pertinent facts that I believe are necessary to establish probable cause.

6. On November 30, 2020, United States Magistrate Judge Lincoln D. Almond issued a search warrant for the premises at 202 Massachusetts Avenue, Providence, Rhode Island (20-SW-430-LDA). I am the affiant for the affidavit filed in support of that warrant and am familiar with the facts and circumstances that gave rise to the application for the search warrant. The warrant authorized a search for marijuana, marijuana manufacturing equipment and related evidence. On December 2, 2020, I executed this search warrant along with other members of the DEA-PDO.

7. The residence at 202 Massachusetts Avenue is a 1,752 square foot, two-story residence with an attic. According to the City of Providence (RI) Tax Assessors database, 202 Massachusetts Avenue was purchased on August 8, 2018, by Governor Assets Management LLC. National Grid records list the account holder for this address as Minsua CHEN.

8. Upon entering the residence on December 2, 2020, I immediately recognized a very strong odor of marijuana within the residence. As we made entry to the residence, we encountered Yuan Kang CHEN who was walking from the area of the living room in the

3

direction of the side door where we knocked, announced, and made entry. We immediately detained CHEN and a search of the residence was undertaken.

9. During the search of the residence, it was apparent that the majority of the basement area as well as approximately half of the first floor and both rooms of the second floor had been converted to rooms for manufacturing marijuana based upon my training and experience. These areas had been renovated to support large-scale marijuana growth, including the installation of climate controls, ventilation and irrigation. Two (2) rooms on the first floor which consumed approximately half of that level contained wood frame structures acting as tables supporting large plastic bins (approximately 4'x4'), indoor grow lights, irrigation hoses/equipment, plants pots, oscillating fans attached to the walls, reflective insulation lining the walls, grow sticks, and one (1) four foot cylinder air filter suspended from the ceiling in one (1) of the rooms. These rooms had been configured to be utilized for the cultivation of marijuana. A third room on the first floor contained the same types of equipment along with four hundred twenty-nine (429) marijuana plants. Similarly, the basement was sectioned into separate areas with one (1) room containing equipment similar to the first floor along with one hundred eighty-seven (187) marijuana plants in various stages of growth. The second floor contained two (2) rooms containing equipment similar to the first floor as well as one hundred three (103) marijuana plants in one (1) room and one hundred thirty-one (131) marijuana plants in the other room. In addition to modifications to the structure, there were other items which supported large-scale manufacturing of marijuana, including air filtration systems comprised of ventilation duct work and air filter cylinders with fans measuring approximately 4 feet in length and 12 inches in diameter, a total of eight (8) Phantom brand indoor cultivation lights and six (6) Ares

4

brand indoor cultivation lights, with retail prices in excess of $300 (USC) per light, and twenty

(20) various size containers of chemicals necessary to support the growth of marijuana plants.

10.     In the attic of the residence, we located fifteen (15) vacuum sealed bags

containing an estimated eighteen (18) pounds of processed marijuana.  Similarly, in the

kitchen/dining area of the residence, we located refrigerator freezer containing eight (8) vacuum

sealed bags of processed marijuana in the refrigerator freezer.  Additionally, we located one (1)

clear plastic vacuum sealed bag containing processed marijuana in the hallway closet of the first

floor.

11.     In total, DEA seized approximately 850 marijuana plants from 202 Massachusetts

Avenue.  Additionally, we located and seized a total of approximately 28.3 pounds of processed

marijuana from the attic, kitchen/dining area, and first floor hallway closet.  Based upon the

appearance of the green leafy plants, the odor of the plants, the construction and setup of indoor

cultivation equipment, as well as the appearance and odor of the processed plant material, I and

other law enforcement members present, believed the plants and processed plant material to have

been marijuana.  I know from training, experience and familiarity with the investigation that this

bagged marijuana retails for approximately $2,000-$4,000/pound with price variations

depending on the location where it is being distributed.  Upon seizing the marijuana plants, we

obtained a collection of random samples which were submitted to the DEA Northeast Regional

Laboratory for analysis.  The lab analysis results of those samples are pending.

12.     During the execution of the search warrant, we discovered a bedroom in the

northwest corner of the first floor which contained the following items:  two (2) mattresses

stacked on each other; men's clothing; one (1) desk with a desktop computer including wireless

keyboard and mouse; and toiletries.  The appearance of the bedroom in conjunction with the

items located within the room were consistent with that of one (1) male occupant residing there. After the initiation of the search and discovering the evidence of marijuana manufacturing, we interviewed CHEN using a translation service, since CHEN claimed to only communicate in Cantonese. Before beginning the interview, CHEN was provided with his Miranda rights. When asked how long he had been staying at the residence, CHEN responded that he had been there for about six (6) months. He stated that he paid $1,800 (USC) per month in rent, but did not know who owned the residence nor to whom he paid rent. As the interview continued, and CHEN was asked if he grew and sold the marijuana in the residence, CHEN stated that all the marijuana in the residence belonged to him (CHEN). CHEN further explained that he (CHEN) did not sell the marijuana, but ate all of it himself. Additionally, CHEN stated that he rented the entire building/residence and that he (CHEN) lived alone.

13. CHEN was released on scene at 202 Massachusetts Avenue in furtherance of the investigation. As a result of the search warrant, all items seized by the DEA were documented on a Form DEA-12 (Receipt for Cash or Other Items) which was signed by CHEN. Upon completion of the search, CHEN was provided a copy of the aforementioned Form DEA-12 and a copy of the search warrant. CHEN remained at 202 Massachusetts Avenue as law enforcement members departed the area.

14. Based upon my knowledge of the investigation and training and experience, I submit that there is probable cause to arrest Yuan Kang CHEN, DOB: XX/XX/1982 (CHEN), for: manufacturing 100 or more marihuana plants, in violation of 21 U.S.C. §§ 841(a) and (b)(1)(B)(vii).

15. I, Alan Sims, having signed this Affidavit under oath as to all assertions and allegations contained herein, state that its contents are true and correct to the best of my

6

knowledge, information, and belief.

Alan Sims
Special Agent

Drug Enforcement Administration

| | | |
|---|---|---|
| Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **Telephone** *(specify reliable electronic means)* | | |
| December 1, 2021 | | |
| *Date* | *Judge's signature* | |
| **Providence RI** | Lincoln D. Almond, U.S. Magistrate Judge | |
| *City and State* | *Printed name and title* | |

7

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☐ INDICTMENT ☒ COMPLAINT

CASE NO. 1:21MJ119LDA

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.

Defendant: Yuan Kang CHEN

Address: 138 Garden Street, FL 1
Cranston, RI

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
RHODE ISLAND
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM
RICHARD B. MYRUS
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned)
Ly T. Chin

☐ Interpreter Required   Dialect: _____

Birth Date _____   ☒ Male   ☐ Female   ☐ Alien (if applicable)

Social Security Number _____

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense RHODE ISLAND   County

### DEFENDANT

Issue: ☑ Warrant   ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD   ☐ CJA   ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a) and (b)(1)(B)(vii) | Manufacturing 100 or more marijuana plants | ☒ Felony ☐ Misdemeanor |
| Max | Penalty: 40yrs imprisonment; 4yrs S/R; | $5,000,000 fine; and $100 special assessment | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | Estimated Trial Days: 3 | ☐ Felony ☐ Misdemeanor |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM
RICHARD B. MYRUS
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned)
Ly T. Chin

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND  County

---

CASE NO. 1:21MJ119LDA

USA vs.

Defendant: Yuan Kang CHEN

Address: ██████████████

☐ Interpreter Required  Dialect: _____

Birth Date _____
☒ Male  ☐ Female
☐ Alien (if applicable)

Social Security Number _____

**DEFENDANT**

Issue: ☑ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts __1__

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a) and (b)(1)(B)(vii) | Manufacturing 100 or more marijuana plants | ☒ Felony ☐ Misdemeanor |
| Max | Penalty: 40yrs imprisonment; 4yrs S/R; | $5,000,000 fine; and $100 special assessment | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | Estimated Trial Days: 3 | ☐ Felony ☐ Misdemeanor |

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

YUAN KANG CHEN,

              Defendant.

1:21-MJ-119-LDA

## NOTICE OF ENTRY OF APPEARANCE

I, Paul F. Daly, Jr., Assistant United States Attorney, hereby enter my appearance

as counsel for the United States of America in the above matter.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

ZACHARY A. CUNHA
United States Attorney

/s/ PAUL F. DALY, Jr.
Paul F. Daly, Jr.
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email:  Paul.Daly@usdoj.gov

CERTIFICATION OF SERVICE

On this 4th day of February, 2025, I caused the within Notice of Entry of Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

/s/ PAUL F. DALY, Jr.
Paul F. Daly, Jr.
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email:  Paul.Daly@usdoj.gov